**Fill in this information to identify the case:**

Debtor 1: Elaine Smith
_First Name_   _Middle Name_   _Last Name_

Debtor 2: _____
(Spouse, if filing)  _First Name_   _Middle Name_   _Last Name_

United States Bankruptcy Court for the: _____ District of _____

Case number: 15bk27778
(If known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[✓] **Denied.** Debtor's Schedules indicate monthly disposable income in excess of plan payment amounts.

The debtor must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ 83.75 | 09/14/2015 |
| $ 83.75 | 10/13/2015 |
| $ 83.75 | 11/12/2015 |
| + $ 83.75 | 12/12/2015 |
| **Total** 335.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____.
_Month / day / year_                              _Address of courthouse_

If the debtor does not appear at this hearing, the court may deny the application.

AUG 17 2015                         By the court: _____
_Month / day / year_                              United States Bankruptcy Judge